United States District Court
Northern District of New Jersey

Danny Amen Shabazz
Plaintiff,
V.
Chris Bruce, John Carney,
Robert Buccini, Kurt Foreman
Cerron Cade, Chris Coons, Lisa Blunt Rochester, Mike Bowman SBDC

---

Notice to Sue
Breach of Contract
Tort

---

| | |
|---|---|
| John Carney/Cerron Cade.<br>820 N. French St.<br>Wilmington Delaware 19801. | Danny Amen Shabazz<br>1432 West 7th St<br>Chester, PA 19013<br>267 355 0519 |

Chris Bruce
727 N. Market St
Wilmington, Delaware 19801

Kurt Foreman
1007 Orange St.
Suite 317
Wilmington, Delaware 19801

Rob Buccini
1000 N. West St. STE 900
Wilmington, Delaware 19801

Danny Amen Shabazz
   Plaintiff,
    V.
Chris Bruce, John Carney,
Robert Buccini, Kurt Foreman
   Cerron Cade,
    Defendants

NOTICE TO SUE
BREACH OF CONTRACT
TORT

ALLEGATIONS:
Simple and plain, the state of Delaware fraudulent concealed billions in bail out money from 47th and 7th LLC.  Chris Bruce breached the NDA drafted by Victor Sapphire Esq. We are filing a motion to Appoint Counsel to draft the complaint. The material evidence is enough for a summary judgment. Tort will be advocated based off the amount of deaths and injury occurred since the breach of NDA and bailout of 2.4 billion. We are requesting for immediate injunction on the NDA with Chris Bruce's signature. Our former New Jersey address was present in the Data.

REMEDIES :
Damages and under section 17 of the copyright law would determine the amount we look to achieve. If they agree to the terms of the Settlement, we will agree not to bring in a jury trial. The jury will find criminal acts in the civil case. Malfeasance and the Hobbs Act is present. Stop all productions from Wu Tang An American Saga,  FILA, 47th and 7th LLC, Crates Inc. Covenant Music Inc. , and Danny Valentine Corporation from 129 Magnolia Ave.  Jersey City,  New Jersey 07306

/s/ Danny Amen Shabazz
7/23/2024

Certificate of Service

I hereby serve the parties a Notice to Sue on 7/19/2024.

Danny Amen Shabazz
Chairman
47th and 7th LLC
Parent Danny Valentine Corporation