Not for Publication

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANNY AMEN ANDERSON VALENTINE SHABAZZ,**<br><br>    **Plaintiff,**<br><br>  v.<br><br>**JOHN CARNEY,** *et al.***,**<br><br>    **Defendants.** | Civil No. 24-7967 (ES) (JSA)<br><br>**ORDER** |

  **THIS MATTER HAVING** come before the Court upon its own Motion and *pro se* Plaintiff Danny Amen Valentine Shabazz's ("Plaintiff") "Motion to Expedite Motion to Appoint Counsel" (D.E. No. 21); and

  **IT APPEARING** that by letter dated July 24, 2024, the Clerk of Court informed Plaintiff that his Complaint (D.E. No. 2) would be deemed withdrawn if he failed to pay the filing fee or submit an application to proceed *in forma pauperis*, and it further appearing that Plaintiff has failed to pay the filing fee or submit an application to proceed *in forma pauperis* within the time frame provided in the Clerk's letter.

  Accordingly, it is on this 15th day of August 2024,

  **ORDERED** that Plaintiff's Complaint be and hereby is deemed withdrawn and the instant matter is closed; and it is further

  **ORDERED** that upon payment of the filing fee or the submission of a completed, signed application to proceed *in forma pauperis*, Plaintiff may move to reopen this matter; and it is further

  **ORDERED** that the Clerk's Office shall forward a copy of this Order to Plaintiff via U.S. Mail and Certified Mail with a Return Receipt Requested, and shall enter a notation on the docket indicating the date upon which this Order of Withdrawal of Complaint was forwarded to Plaintiff,

and a separate notation after the Clerk's Office receives the requested return receipt; and it is further

**ORDERED** that unless Plaintiff pays the required filing fee or files an application to proceed *in forma pauperis*, the Court will not accept any additional correspondence or filings in the instant matter; and it is further;

**ORDERED** that the Clerk of Court shall **TERMINATE** Docket Entry Number 21; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this matter.

*/s/ Esther Salas*
**Hon. Esther Salas, U.S.D.J.**