**FEDERAL BUREAU OF INVESTIGATION**

## Victim Information

| | |
|---|---|
| Name: | Danny Amen Anderson Valentine Shabazz |
| Are you reporting on behalf of a business? | Yes |
| Business Name: | Crates Inc. /47th and 7th LLC dba Wutang |
| Is the incident currently impacting business operations? | Yes |
| Age: | 40 - 49 |
| Is the victim aged 17 or under? | |
| Address: | 65 Irby Ave |
| Address (continued): | |
| Suite/Apt./Mail Stop: | 841 |
| City: | Atlanta |
| County: | Fulton |
| Country: | United States of America |
| State: | Pennsylvania |
| Zip Code/Route: | 30305 |
| Phone Number: | 4045139564 |
| Email Address: | Cratesincorporated@gmail.com |
| Business IT POC, if applicable: | Danny Valentine |
| Other Business POC, if applicable: | |

## Financial Transaction(s)

| | |
|---|---|
| Transaction Type: | Check |
| If other, please specify: | |
| Transaction Amount: | 300000000.00 |
| Transaction Date: | 5/4/2022 |
| Was the money sent? | No |
| Victim Bank Name: | Bank of America |
| Victim Bank Address: | 3116 Peachtree RD |
| Victim Bank Address (continued): | |
| Victim Bank Suite/Mail Stop: | |
| Victim Bank City: | Atlanta |

| | |
|---|---|
| Victim Bank Country: | United States of America |
| Victim Bank State: | Georgia |
| Victim Bank Zip Code/Route: | 30305 |
| Victim Name on Account: | 47th and 7th LLC |
| Victim Account Number: | |

Recipient Bank Name:
Recipient Bank Address:
Recipient Bank Address (continued):
Recipient Bank Suite/Mail Stop:
Recipient Bank City:
Recipient Bank Country:
Recipient Bank State:
Recipient Bank Zip Code/Route:
Recipient Name on Account:
Recipient Bank Routing Number:
Recipient Account Number:
Recipient Bank SWIFT Code:

# Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Danny spent 307,000 dollars from Bank of America on production of a doc series, design of real estate, wages and lodging. Danny took a additional 25,000 to the Irby and frequented Sovereign Sweets a few times while in the neighborhood producing with Rakim, DJ Jazzy Jeff, Coca Cola, Or Hulu Fox. Danny is a former UMG Executive with a extensive catalog in the Motown Republic UMG system still operating..Danny had a brief meeting with Brian Jones, a Supervising Producer of reality shows. While Danny was passing out Wutang Tees around the neighborhood producing doc footage and even contributing to Wutang An American Saga, Quality Control Music started a project from that interaction at Sovereign Sweets where Quavo and Takeoffs hangs out. Danny also met with Kevin Coach K

Lee a few times at Wholesfoods. He briefly mentioned copyrights to him about Cardi B and others. He used that information to go forward with project authorized. Motown has a file of the Covenant Music Inc/Group with Wutang and Rifkind Entertainment. After the meeting with Brian Jones and Gennifer Gardner, Danny thought he was signing a basic release to feature in the show Impact Atlanta aka Impact Atl. What took place was a induced signature and false narrative being painted. Brian and Gennifer had zero control over the production without Quality Control who we were never alerted about being involved. They edited out the cameo and Danny somehow left the contract/release to make sure he came back and collected the funds from the transaction for the reality show. Danny also spoke with Gennifer Gardner be phone who then talked about ODB son and her works on his catalog. They used the signature, cyber communications, the footage on Facebook and other channels to do a cyber crime and publishing fraud on its face. It's also electrical wiring that went into the production that wasn't protected fully with drinks being served by a staff with a minor on set. Fulton County DA failed to investigate. Danny continued to contact them and tell them he wanted the paperwork and even dropped off contracts from Alex Murphy Esq and Forever I Love America doc work with Coca Cola..Danny seen Vincent Watson face after the production and he had a look of fraud and wrongdoing on his face. We are not sure who gave him immunity but this guy used the data and committed fraud. Quality Control Music then sold the rights to everything to Hybe Corporation in fear of losing the label because the Only Built For Infinity Links projects was not authorized. It's a Wutang derivative and fraud on Impact Atlanta..it's swindle, electrical engineering fraud, bank fraud from selling someone's data and signature without their authorization. It's a total conflict.

## Information About The Subject(s) Who Victimized You

| | |
|---|---|
| Name: | VINCENT WATSON |
| Business Name: | Sovereign Sweets |
| Address: | 3210 Roswell Rd |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Atlanta |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30305 |
| Phone Number: | |
| Email Address: | info@Sovereinaweets.com |
| Website: | |
| IP Address: | |

| | |
|---|---|
| Name: | Kelan Watson |

| | |
|---|---|
| Business Name: | |
| Address: | 3210 Roswel Rd |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Atlanta |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30305 |
| Phone Number: | |
| Email Address: | info@Sovereignsweeta.com |
| Website: | |
| IP Address: | |

| | |
|---|---|
| Name: | Kevin Coach K Lee |
| Business Name: | |
| Address: | 1479 Metropolitan Pky Sw |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Atlanta |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30310 |
| Phone Number: | |
| Email Address: | |
| Website: | |
| IP Address: | |

| | |
|---|---|
| Name: | Pierre Thomas |
| Business Name: | |
| Address: | 1479 Metropolitan Pkwy |
| Address (continued): | Sw |
| Suite/Apt./Mail Stop: | |
| City: | Atlanta |
| Country: | United States of America |
| State: | Georgia |
| Zip Code/Route: | 30310 |
| Phone Number: | |
| Email Address: | |
| Website: | |
| IP Address: | |

| | |
|---|---|
| Name: | Gennifer Gardner |
| Business Name: | Entertainment One |
| Address: | 2700 Pennsylvania Ave Ste |
| Address (continued): | 1000 Santa Monica |
| Suite/Apt./Mail Stop: | |
| City: | Santa Monica |
| Country: | United States of America |
| State: | California |

Zip Code/Route:
Phone Number:
Email Address:
Website:
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

    Jackiediaz@Qualitycontrolmediaholdings.com

Are there any other witnesses or victims to this incident?

    Brian Jones, Gennifer Gardner, Motown Records, Zone 2 Atlanta Police Officer K Jean Baptiste

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

    Apd K Jean Baptiste and the Chief of Police Darren

Check here if this an update to a previously filed complaint: ☑

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Danny Amen Anderson Valentine Shabazz